BRUCE W. RADOWITZ, ESQ
636 Chestnut Street
Union, New Jersey 07036
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the matter of:

Elijah Johnson Sr.

Case No: 15-11904/VFP

Chapter 13

Debtor(s)

# NOTICE OF MOTION FOR AN ORDER TO CONTINUE THE AUTOMATIC STAY AS TO REAL PROPERTY

TO:    All Interested Parties

DEAR LADIES AND GENTLEMEN:

**PLEASE TAKE NOTICE** that the Debtor(s), Elijah Johnson, Sr. by their counsel, Bruce W. Radowitz, Esq., will move before the court on _____ or at a time to be set by the Court for an Order to Continue the Automatic Stay as to Real Property

**PLEASE TAKE FURTHER NOTICE** that the Debtors will rely upon the application and proposed form of order annexed hereto.

BRUCE W. RADOWITZ, ESQ
Attorney for Debtor(s)

/s/Bruce W. Radowitz