| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W. Radowtiz, Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor | |
| In Re:<br><br>Elijah Johnson, Sr. | Case No: 15-11904<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: VFP |

**ORDER CONTINUING THE AUTOMATIC STAY AS TO REAL PROPERTY**

    The relief set forth on the following pages, numbered two (2) through <u>two (2)</u>  is hereby **ORDERED**.

Page 2

DEBTORS:   Elijah Johnson, Sr.
CASE NO:   **15-11904/VFP**

ORDER CAPTION:   **ORDER CONTINIUG THE AUTOMATIC STAY AS TO REAL PROPERTY**

---

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq., counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** that the Automatic Stay as to M&T Bank servicer for Lakeview loan or any other holder of the Mortgage obligation of the Debtor, is continued for the duration of the case, and further

**ORDERED**, that a copy of this order be served to all parties.