| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Perkins Coie LLP**<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112-0015<br>(212) 262-6900<br>jvanacore@perkinscoie.com<br>Jeffrey D. Vanacore (JV2000)<br><br>*Attorneys for Stout Street Fund, L.P.* |
| In Re:<br><br>ELIJAH JOHNSON, SR.,<br><br>             Debtor. |

Order Filed on September 1, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-11904-VFP

Judge: Hon. Vincent F. Papalia

Chapter: 13

## RESOLUTION OF OBJECTION TO PLAN BY STOUT STREET FUND I, L.P.

WHEREAS, on February 3, 2015, the Debtor filed his voluntary petition under chapter 13 of the Bankruptcy Code, commencing this case;

WHEREAS, Stout Street Fund I, L.P. (hereinafter "Stout Street") by its attorneys Perkins Coie LLP, filed an objection to the Chapter 13 plan filed by the Debtor;

WHEREAS, Stout Street is a secured creditor of the Debtor, holding a mortgage against the real property owned by the Debtor, located at 1016 Bishop Evans, Way, Linden, NJ (the "Stout Street Property");

WHEREAS, both the Debtor and Stout agree that as of July 20, 2015, Stout Street is owed $104,000.00 on the Stout Street Property;

WHEREAS, Stout and the Debtor agree that the Debtor shall fix Stout's claim in this bankruptcy case at $132,000.00 on the Stout Street Property;

NOW THEREFORE, it is,

DATED: September 1, 2015
LEGAL126891395.1

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

ORDERED, on the consent of the parties, Stout Street's previously filed claim is amended to $132,000.00 which shall be paid through the Debtor's chapter 13 plan.

Dated:  July 23, 2015

          PERKINS COIE LLP

          Attorneys for Stout Street Fund, L.P.

          By: _____
          Jeffrey D. Vanacore
          30 Rockefeller Plaza, 22nd Floor
          New York, NY 10112-0015
          (212) 262-6900
          Fax: (212) 977-1649
          jvanacore@perkinscoie.com

Dated:  July 23, 2015

          Attorney for the Debtor

          Bruce W. Radowitz
          636 Chestnut Street
          Union, NJ 07083
          (908) 687-2333
          Fax: (908) 687-6330
          bradowitz@comcast.net

          SO ORDERED

          _____
          United States Bankruptcy Judge

LEGAL126891395.1